1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| DAVID PERRYMAN, | Case No.  2:21-cv-00421-KJM-JDP (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM |
| v. | |
| WARDEN, | |
| Defendant. | ECF No. 26 |
| | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

12

13

14

15

16

17

18        On January 21, 2022, I screened plaintiff's first amended complaint, notified him that it

19  failed to state a claim, and gave him thirty days to file a second amended complaint.  ECF No. 20.

20  I subsequently granted plaintiff until April 4, 2022, to file an amended complaint.  ECF No. 22.

21  Despite that extension, plaintiff failed to file an amended complaint.  Accordingly, on May 26,

22  2022, I ordered him to show cause within twenty-one days why this action should not be

23  dismissed.  ECF No. 26.  I notified him that if he wished to continue with this action he must file,

24  within twenty-one days, an amended complaint.  I also warned him that failure to comply with the

25  order would result in a recommendation that this action be dismissed.  *Id*.

26

27

28

1

1    The deadline has passed, and plaintiff has not filed an amended complaint or otherwise

2  responded to the May 26, 2022 order.  Accordingly, it is hereby RECOMMENDED that:

3    1.  This action be dismissed for failure to prosecute, failure to comply with court orders,

4  and failure to state a claim for the reasons set forth in the January 21, 2022 order.  *See* ECF No.

5  26.

6    2.  The Clerk of Court be directed to close the case.

7    I submit these findings and recommendations to the district judge under 28 U.S.C.

8  § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court,

9  Eastern District of California.  The parties may, within 14 days of the service of the findings and

10  recommendations, file written objections to the findings and recommendations with the court.

11  Such objections should be captioned "Objections to Magistrate Judge's Findings and

12  Recommendations."  The district judge will review the findings and recommendations under 28

13  U.S.C. § 636(b)(1)(C).

14

15  IT IS SO ORDERED.

16

   Dated:    June 29, 2022    _____

17                            JEREMY D. PETERSON
                             UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

2