1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   DAVID PERRYMAN,                          Case No.  2:21-cv-00421-KJM-JDP (PC)
12                    Plaintiff,              ORDER GRANTING PLAINTIFF'S MOTION
                                             FOR AN EXTENSION OF TIME
13         v.
                                             ECF No. 30
14   WARDEN,
15                    Defendant.
16
17         Plaintiff has filed a motion for an extension of time to file objections to the August 30,
18   2022 findings and recommendations.  ECF No. 30.  Good cause appearing, it is hereby
19   ORDERED that:
20         1.  Plaintiff's motion for an extension of time, ECF No. 30, is granted.
21         2.  Plaintiff is granted until November 30, 2022 to file objections to the August 30, 2022
22   findings and recommendations.
23
24   IT IS SO ORDERED.
25
26   Dated:    September 16, 2022               _____
                                                JEREMY D. PETERSON
27                                              UNITED STATES MAGISTRATE JUDGE
28